1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, OR SBN #116342
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   RAFAEL PEREZ-AGUIRRE

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )  Case No. 1:15-cr-00202-AWI-BAM
12              Plaintiff,           )
                                     )  STIPULATION AND ORDER TO CONTINUE
13  vs.                              )  STATUS CONFERENCE
                                     )
14  RAFAEL PEREZ-AGUIRRE,            )
                                     )
15              Defendant.           )
                                     )
16  _____      )

17      **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Assistant United States Attorney Mia Giacomazzi, counsel for the plaintiff, and

19  Assistant Federal Defender Erin Snider, counsel for defendant Rafael Perez-Aguirre, that the

20  status conference currently scheduled for September 8, 2015, may be continued to September 28,

21  2015, at 10:00 a.m.

22      The continuance is requested to allow time for ongoing plea negotiations.  The requested

23  continuance is with the intention of conserving time and resources for both the parties and the

24  Court.

25      The parties agree that the delay resulting from the continuance shall be excluded in the

26  interests of justice, including but not limited to, the need for the period of time set forth herein

27  for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)

28  and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  September 3, 2015          /s/ Mia Giacomazzi
                                 MIA GIACOMAZZI
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: September 3, 2015          /s/ Erin Snider
                                 ERIN SNIDER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RAFAEL PEREZ-AGUIRRE


                    **O R D E R**

IT IS SO ORDERED.

Dated:   September 3, 2015        _____
                                 SENIOR  DISTRICT  JUDGE