HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RAFAEL PEREZ-AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00202-AWI-BAM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| RAFAEL PEREZ-AGUIRRE, | ) | DATE:   November 30, 2015 |
| Defendant. | ) | TIME:   10:00 a.m. |
| | ) | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mia Giacomazzi, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Rafael Perez-Aguirre, that the status conference currently scheduled for September 28, 2015, may be continued to November 30, 2015, at 10:00 a.m.

The continuance is requested to allow time for ongoing plea negotiations.  The requested continuance is with the intention of conserving time and resources for both the parties and the Court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  September 24, 2015   */s/ Mia Giacomazzi*
MIA GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: September 24, 2015   */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
RAFAEL PEREZ-AGUIRRE


**O R D E R**

IT IS SO ORDERED.

Dated:   September 24, 2015   _____
SENIOR  DISTRICT  JUDGE