1 HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2 ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 Fax: (559) 487-5950

6 Attorney for Defendant
RAFAEL PEREZ-AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-cr-00202-AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| RAFAEL PEREZ-AGUIRRE, | ) |
| | ) DATE:   January 4, 2016 |
| Defendant. | ) TIME:   10:00 a.m. |
| | ) JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mia Giacomazzi, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Rafael Perez-Aguirre, that the status conference currently scheduled for November 30, 2015, may be continued to January 4, 2016, at 10:00 a.m.

The continuance is requested to allow time for ongoing plea negotiations.  The requested continuance is with the intention of conserving time and resources for both the parties and the Court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Date:  November 25, 2015 | */s/ Mia Giacomazzi*<br>MIA GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 25, 2015 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>RAFAEL PEREZ-AGUIRRE |

**O R D E R**

IT IS SO ORDERED.

Dated:   November 25, 2015            _____
                                                                        SENIOR  DISTRICT  JUDGE